

KC FILED
DEC 18 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## APPEARANCE FORM FOR PRO SE LITIGANTS
### DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Kathryn M. Lakeberg
(Please print)

STREET ADDRESS: 4909 Cross Street

CITY/STATE/ZIP: Downers Grove, Illinois 60515

PHONE NUMBER: 630 960 9489  cell 630 696-7242

CASE NUMBER: 07CV7095
JUDGE SHADUR
MAGISTRATE JUDGE COX

Signature: Kathryn M. Lakeberg

Date: December 18, 2007