IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **KATHRYN M. LAKEBERG** | ) | |
| | ) | |
| Plaintiff, | ) | No. 07 C 7095 |
| | ) | |
| -vs- | ) | Judge Milton I Shadur |
| | ) | |
| **UNITED PARCEL SERVICE, et al.** | ) | |
| | ) | |
| **Defendants** | ) | |

## NOTICE OF MOTION

To:  Mr. D. Scott Watson                    Ms. Kathryn M. Lakeberg
     QUARLES & BRADY LLP                    4909 Cross Street
     500 West Madison Street                Downers Grove, IL 60515
     Suite 3700
     Chicago, IL 60661-2511

     PLEASE TAKE NOTICE that at the status conference previously scheduled on **Tuesday, February 5, 2008** at **9:00 a.m.**, or as soon thereafter as counsel may be heard, counsel for defendants, Teamsters Local 705, Kenny Emanuelson, Daryl Cessaradi, Jim Drahula, and Lisa Hendrickson (collectively, the "Local 705 defendants") shall appear before the Honorable Milton I. Shadur, or any judge sitting in his stead, in Courtroom 2303, at the United States District Courthouse, 219 S. Dearborn Street, Chicago, IL, and then and there present the attached Teamster Local 705's Motion For An Order Directing Entry Of A Judgment In Favor Of Local 705 And The Other Defendants Affiliated With Local 705, All Of Whom Were Dismissed In The December 20, 2007 Orders.

_____
Attorney for Defendant Teamsters Local 705

Jeffrey B. Gilbert
Phillip Snelling
JOHNSON, JONES, SNELLING,
    GILBERT & DAVIS P.C.
36 S. Wabash Ave., Suite 1310
Chicago, IL  60603
(312) 578-8100
jgilbert@jjsgd.com

## **CERTIFICATE OF SERVICE**

Jeffrey B. Gilbert, an attorney, hereby certifies that, on January 30, 2008, copies of the attached Teamster Local 705's Motion For An Order Directing Entry Of A Judgment In Favor Of Local 705 And The Other Defendants Affiliated With Local 705, All Of Whom Were Dismissed In The December 20, 2007 Order were served upon the above-named parties by hand delivery to the addresses set forth above.

_____
Jeffrey B. Gilbert