IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **KATHRYN M. LAKEBERG** | ) | |
| | ) | |
| Plaintiff, | ) | No. 07 C 7095 |
| | ) | |
| -vs- | ) | **Judge Milton I Shadur** |
| | ) | |
| **UNITED PARCEL SERVICE, et al.** | ) | |
| | ) | |
| **Defendants** | ) | |

### NOTICE OF MOTION

To:  Mr. D. Scott Watson          Ms. Kathryn M. Lakeberg
     QUARLES & BRADY LLP          4909 Cross Street
     500 West Madison Street      Downers Grove, IL 60515
     Suite 3700
     Chicago, IL 60661-2511

    PLEASE TAKE NOTICE that on **Friday, February 29, 2008** at **9:00 a.m.**, or as soon thereafter as counsel may be heard, counsel for defendants, Teamsters Local 705, Kenny Emanuelson, Daryl Cessaradi, Jim Drahula, and Lisa Hendrickson (collectively, the "Local 705 defendants") shall appear before the Honorable Milton I. Shadur, or any judge sitting in his stead, in Courtroom 2303, at the United States District Courthouse, 219 S. Dearborn Street, Chicago, IL, and then and there present the attached Teamster Local 705 Defendants' Motion To Amend Judgment.

                                                  /s/ Jeffrey B. Gilbert
                                         Attorney for Defendant Teamsters Local 705

Jeffrey B. Gilbert
Phillip Snelling
JOHNSON, JONES, SNELLING,
    GILBERT & DAVIS P.C.
36 S. Wabash Ave., Suite 1310
Chicago, IL  60603
(312) 578-8100
jgilbert@jjsgd.com

## CERTIFICATE OF SERVICE

    Jeffrey B. Gilbert, an attorney, hereby certifies that, on February 18, 2008, he served copies of the attached Teamster Local 705 Defendants' Motion To Amend Judgment upon the above-named parties by depositing copies in the U.S. postal service delivery box at 36 S. Wabash St., Chicago IL 60603, with proper postage prepaid and addressed as set forth above.

                                                                        /s/ Jeffrey B. Gilbert
                                                                           Jeffrey B. Gilbert