# United States District Court
## Northern District of Illinois
### Eastern Division

| | |
|---|---|
| Kathryn Lakeberg | **AMENDED JUDGMENT IN A CIVIL CASE** |
| v. | Case Number: 07 C 7095 |
| United Parcel Service, et al | |

☐　　Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■　　Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that this Court expressly determines that there is no just reason for delay and orders that final judgment is entered dismissing the claims against the Local 705 defendants, Kenny Emanuelson, Daryl Cessaradi, Jim Drahula, Lisa Hendrickson and Local 705.

Michael W. Dobbins, Clerk of Court

Date: 2/28/2008　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　/s/ Sandy Newland, Deputy Clerk