UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice as* provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case |
|---|---|
| **KATHRYN M. LAKEBERG**<br>      v.<br>**UNITED PARCEL SERVICE, CO.** | No. 07 C 07095 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**UNITED PARCEL SERVICE, INC., Defendant**

| SIGNATURE |  |
|---|---|
| /s/ **Ellen M. Girard** | |
| FIRM<br>**Quarles & Brady LLP** | |
| STREET ADDRESS<br>**500 West Madison Street, Suite 3700** | |
| CITY/STATE/ZIP<br>**Chicago, IL  60661** | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>**06276507** | TELEPHONE NUMBER<br>**312.715.5000** |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ❑         NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ❑         NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ❑         NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ❑         NO ☒ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ❑         APPOINTED COUNSEL ❑ | |

QBACTIVE\920018.01167\6135101.1