UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice as* provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case |
|---|---|
| **KATHRYN M. LAKEBERG** <br>     v. <br> **UNITED PARCEL SERVICE, CO.** | No. 07 C 07095 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**UNITED PARCEL SERVICE, INC., Defendant**

| | |
|---|---|
| SIGNATURE <br> **/s/ Meghan E. Riley** | |
| FIRM <br> **Quarles & Brady LLP** | |
| STREET ADDRESS <br> **500 West Madison Street, Suite 3700** | |
| CITY/STATE/ZIP <br> **Chicago, IL  60661** | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> **06288548** | TELEPHONE NUMBER <br> **312.715.5000** |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES ❑   NO ☒ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ❑   NO ☒ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES ❑   NO ☒ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ❑   NO ☒ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ❑    APPOINTED COUNSEL ❑ | |

QBACTIVE\920018.01167\6135106.1