IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KATHRYN M. LAKEBERG, | ) | |
| | ) | |
| Plaintiff, | ) | No. 07CV7095 |
| | ) | |
| v. | ) | Judge Milton I. Shadur |
| | ) | |
| UNITED PARCEL SERVICE, | ) | Magistrate Judge Susan E. Cox |
| | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

Kathryn M. Lakeberg
4909 Cross Street
Downers Grove, IL 60515

    PLEASE TAKE NOTICE that on Thursday, March 27, 2008, at 9:15 a.m., or as soon thereafter as counsel may be heard, we shall appear before Judge Milton I. Shadur, in Courtroom 2303, at 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached DEFENDANT'S UNCONTESTED MOTION FOR ADDITIONAL TIME TO ANSWER OR OTHERWISE PLEAD AND TO RESET STATUS HEARING DATE, a copy of which is hereby served on you.

DATED: March 13, 2008                               UNITED PARCEL SERVICE

                                                        By:   /s/ Meghan E. Riley
                                                                 One of Its Attorneys

John A. Klages, ARDC #06196781
Ellen M. Girard, ARDC #06276507
Meghan E. Riley, ARDC #06288548
Quarles & Brady LLP
500 West Madison St., Ste. 3700
Chicago, IL 60661
(312) 715-5000
Email: egirard@quarles.com

- 1 -

## CERTIFICATE OF SERVICE

     The undersigned attorney certifies that on March 13, 2008, a copy of the foregoing NOTICE OF MOTION was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

>Kathryn M. Lakeberg
>4909 Cross Street
>Downers Grove, IL 60515

           /s/ Meghan E. Riley