# EXHIBIT 2

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974: See Privacy act statement before completing this form.

06W0804.07

| AGENCY | |
|---|---|
| X | IDHR |
| X | EEOC |

**CHARGE NUMBER:** 2006CA0255

## Illinois Department of Human Rights and EEOC

**NAME** (indicate Mr., Ms., Mrs.): KATHRYN M. LAKEBERG
**HOME TELEPHONE** (include area code): 630-960-9489
**STREET ADDRESS:** 4909 CROSS
**CITY, STATE AND ZIP CODE:** DOWNERS GR, IL 60515
**DATE OF BIRTH:** 04/09/58

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE, LIST BELOW)

**NAME:** UNITED PARCEL SERVICE
**NUMBER OF EMPLOYEES, MEMBERS:** 15+
**TELEPHONE** (include area code): 630 628 2116
**STREET ADDRESS:** 150 S LOMBARD
**CITY, STATE AND ZIP CODE:** ADDISON, IL 60101
**COUNTY:** 031

**CAUSE OF DISCRIMINATION BASED ON:** SEX    AGE

**DATE OF DISCRIMINATION**
EARLIEST (ADEA/EPA): / /
LATEST (ALL): 03/07/2005
☐ CONTINUING ACTION

THE PARTICULARS ARE (if additional space is needed attach extra sheet(s))

I.  A.  ISSUE/BASIS

   DISCHARGE, ON OR ABOUT MARCH 7, 2005, BECAUSE OF MY SEX, FEMALE.

   B.  PRIMA FACIE ALLEGATIONS

   1. My sex is female.

   2. I have satisfactorily performed my duties as a Package Car Driver, and have been employed with Respondent since April, 1988.

   3. On or about March 7, 2005, I was discharged by Larry Krummel (male), Respondent's Center Manager. Krummel stated that I was being discharged because of a complaint which was lodged against me by a customer. No documentation was received from Krummel, or any other member of Respondent's management

(Continued)

DEPT. OF HUMAN RIGHTS SWITCHBOARD AUG 11 2005

I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

SUBSCRIBED AND SWORN TO, BEFORE ME
[signature] 8/5/05
NOTARY SIGNATURE   MONTH DATE YEAR

x [signature] Kathryn M. Lakeberg  8/5/2005
SIGNATURE OF COMPLAINANT   DATE

I declare under penalty that the foregoing is true and correct. I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information, and belief.

"OFFICIAL SEAL"
Krystal I. Rogers
Notary Public, State of Illinois
My Commission Expires Nov. 15, 2006

EEOC FORM 5 (5/05)

Complainant Name:  KATHRYN M. LAKEBERG
Charge Number:  2006CA0255
Page 2

    which validated Respondent's reason for the discharge; nor did I engage in an act of willful misconduct which merited being discharged by the Respondent.

4. I believe that there have been other, similarly situated, male package car drivers, such as Christian Wetnight and others, that have had a complaint lodged against them by a customer, but they were not discharged by the employer as I have been.

II.  A.  ISSUE/BASIS

    DISCHARGE, ON OR ABOUT MARCH 7, 2005, BECAUSE OF MY AGE, 47.

  B.  PRIMA FACIE ALLEGATIONS

1. I am 47 years of age.

2. I have satisfactorily performed my duties as a Package Car Driver, and have been employed with Respondent since April, 1988.

3. On or about March 7, 2005, I was discharged by Larry Krummel (43), Respondent's Center Manager. Krummel stated that I was being discharged because of a complaint which was lodged against me by a customer. No documentation was received from Krummel, or any other member of Respondent's management which validated Respondent's reason for the discharge; nor did I engage in an act of willful misconduct which merited being discharged by the Respondent.

4. I believe that there have been other, similarly situated, younger package car drivers, such as Christian Wetnight and others, that have had a complaint lodged against them by a customer, but they were not discharged by the employer as I have been.

ACF/JJT/RCG

EEOC Form 161 (3/98)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

| To: | Kathryn M. Lakeberg<br>4809 Cross Street<br>Downers Grove, IL 60515 | From: | Chicago District Office<br>500 West Madison St<br>Suite 2800<br>Chicago, IL 60661 |
|---|---|---|---|

Certified Mail: 7099 3400 0014 4054 4208

☐ On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 21B-2005-02780 | Armernola P. Smith,<br>State & Local Coordinator | (312) 886-5973 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge.

☐ Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

☐ While reasonable efforts were made to locate you, we were not able to do so.

☐ You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

☐ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☒ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

*John P. Rowe*    9/20/07

John P. Rowe,    (Date Mailed)
**District Director**

Enclosures(s)

cc:   UNITED PARCEL SERVICE