# EXHIBIT  3

# Part B

Concern 007MNBHYX

Customer voiced concern to me that the female office person taking her concern "gossiped" to her that I was a problem, and embellished the complaint.

In looking at the rebuttal from the customer, the office person changed the customers words and filed a false complaint. See attached letter from Bernadine Anderson.

# DOCUMENT OF CONVERSATION

On February 4, 2005 I spoke with Kathy Lakeburg with union steward Daryl Cessaretti present. On February 3, 2005 we received a concern regarding Kathy's unprofessional conduct with a customer. The customer claims Kathy has a rotten attitude. The customer claims Kathy accused her of being responsible for ruining her lunch. Kathy has been warned in the past about failing to conduct herself in a professional manner would result in further disciplinary action up to and including termination. Kathy will be put on notice of termination.

Management Signature: _____

Employee Signature: _____

Steward Initials: _____

Document of conversation.mydocuments.word

KATY hAS NoT beeN WARNed
IN the PASt -9 MoNtHs oF
uNproFesioNal coNduct

Case 1:07-cv-07095    Document 25-5    Filed 04/22/2008    Page 4 of 36
Case 1:07-cv-07095    Document 1    Filed 12/18/2007    Page 37 of 107

Page 1 of 1

## CLOSED CUSTOMER CONCERN
### RRDD 0246
### CENTER: 6014  NAPERVILLE

Original Concern:
  Date/Time:      02/03/2005  14:33
  CSC Location:   CCSC08/013
  Confirmation #:  007MNBHYX

Caller Information:                          Incident / Location:
  ACCT #
  (630)369-6998                                  SAME
  BERNADINE ANDERSON -- non-preferred

  RM# 201 1340 MCDOWELL RD
  NAPERVILLE, IL 60563

Description:        (C1) Center Concerns - Hourly Personnel
INCIDENT DATE/TIME: 02/03/05 14:31 - GAL DRVR ON THIS RTE IS THE MOST MISERABLE PERSON SHE'S COME IN CONTACT
WITH-ALWAYS COMPLAINING & BICKERING SEEMS UNHAPPY WITH HER JOB TOLD BERNADINE SHE RUINED HER LUNCH
TODAY-THIS IS THE 3RD TIME SHE'S DELVD W/THIS ROTTEN ATTITUDE-DOESNT WANT HER BACK

Action Taken By CSC:

---

### FIRST REQUEST RESPONSE

Pending?: _
Customer Notification:          X Telephone       _ Visit          _ No Contact Required

Contact:      Date 02/03/2005    Prior Contact Attempts:    Date          Date
              Time 14:46                                    Time          Time

What action was taken to satisfy the Customer?:
TALKED TO MRS. ANDERSON @ 14:46 SHE SAID THAT K. LAKEBURG IS THE RUDEST PERSON SHE EVER MEET
SHE SAID THAT IF SHE HAS TO CONTINUE DEL TO HER SHE WILL CANCEL WITH UPS CUST WANTS A UPDATE ON
WHATS GONE TO HAPPEN

UPS Employee Involved;          LAKEBURG,K          Completed By:    D. BRANCH
Post to Employee's Record: Y

---

UPS 0052

June 3, 2006

In reference to my Complaint (new # 369-0171)
on 2/3/05 @ 14:46
1340 McDowell RD.
#201
Naperville, Ill. 60563
I did not state she was the most meserable person that I have come in contact with. I am a sales associate. She has apologized & I had accepted. We were both not in the right mood and that happens to alot of

people at times

So my intention was not so crucial that she get fired - I would prefer she have her job since she was nice enough to come back & we talked it out & both apologized for having a bad day.

Thank you

Respectfully

Teresa Anderson

PS.

Also, I enjoy & trust
UPS for delivery & will
not charge my service.

630-267-7739
cell phone

4117 Landing Dr.
Apt. 1C
Aurora, Ill. 60504
Cheapeake Landing

January 6, 2005 - Document of conversation.

My actions were no different than those of other employees and I was singled out, as records show.

PLEASE NOTE: STEWART KRAHULA WAS UNAWARE OF ANY DISCIPLINARY ACTION

| F. | 14 | | 9 | 63 | 7 | 18 | | | |
| S. | | | | | | | | | |
| AV | 1 | 1 | 5 | 17 | 5 | 4 | 2 | 4 | |

HENDRICKSON L          325661666      FT PO E ASSIGNED                    6014/1

| | TOTAL HOURS | AM HRS | S&L HRS | DBL TRP | ON ROAD | CHX IN | LCL DRT | TOTL DRIV | TOTL PLAN | +OVR -UND | CLRK | WASH | HSKG | OTHER HRS- | CD | CD | TOT SPORH | TOGR MIL | PRR PKGS- | RECD | NET MSD- PKGS- | 1DA PKGS | 2DA PKGS | 1DA MSCM | TOTL STOP | OVR 70 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| S | | | | | | | | | | | | | | | | | | | | | | | | | |
| M | 937 | 34 | | 902 | 1 | | 937 | 792 | 145 | | | | | 14.0 | 67 | 298 | | | 258 | 30 | 20 | | 94 | |
| T | 949 | 17 | | 932 | | | 949 | 792 | 157 | | | | | 13.5 | 69 | 256 | | | 256 | 23 | 16 | | 95 | 1 |
| W | 1171 | 35 | | 1134 | 2 | | 1171 | 948 | 223 | | | | | 13.0 | 76 | 324 | | | 324 | 42 | 16 | | 116 | |
| TO | 1011 | 47 | | 960 | 4 | | 1011 | 803 | 208 | | | | | 13.3 | 69 | 269 | | | 269 | 30 | 20 | | 98 | 2 |
| F | 1042 | 34 | | 1005 | 3 | | 1042 | 799 | 243 | | | | | 14.4 | 57 | 280 | | | 280 | 28 | 12 | | 112 | |
| S | | | | | | | | | | | | | | | | | | | | | | | | | |
| AV | 1022 | 33 | | 987 | 2 | | 1022 | 827 | 195 | | | | | 13.6 | 68 | 277 | | | 277 | 31 | 17 | | 103 | 1 |

| | NET COD | NET CAL | SEND AGAINS- COD/CALL | PAID | TOTL- PKGS- | TOT STP | ACR PKG | HI-VAL PKG | M89 STP | REF 2:30- STPS | PKGS | DOUBLE TRIP UNLO PKGS | LOAD PKGS | SPECIAL COUNTS 1 | 2 | DELIVERY- PKGS | STPS | PICKUP- PKGS | STPS | WORK HRS- |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| S | | | | | | | | | | | | | | | | | | | | |
| M | 1 | 1 | 2 | 4 | 156 | 32 | | | | 6 | 43 | | | | | | | | | |
| T | | 1 | | 3 | 185 | 31 | | | | 6 | 42 | | | | | | | | | |
| W | | | 1 | 17 | 315 | 31 | | | | 5 | 54 | | | | | | | | | |
| T | 2 | 1 | 2 | 18 | 187 | 30 | | | | 2 | | | | | | | | | | |
| F | 2 | 1 | | 5 | 213 | 33 | | | | 9 | 12 | | | | | | | | | |
| S | | | | | | | | | | | | | | | | | | | | |
| AV | 1 | 1 | 2 | 9 | 215 | 31 | | | | 6 | 30 | | | | | | | | | |

LAKEBURG     K          327542236      FT PO  ASSIGNED                    6014/1

Hendrickson
Over-allowed
was she told to fill
out _____ ?
RESIMAES

W/E 411/15/03
810.442   11/14/03  03:03
SUPERVISORY GROUP I

PACKAGE CENTER WEEKLY OPERATION REPORT
STATISTICS

DISTRICT   NORTH ILLINO DIST#0246
CENTER NAME NAPERVILLE   SLIC 6014
PAGE 11

### WORKED HOURS / DELIVERY

| | TOTAL HOURS | AM HRS | S&L HRS | DBL TRP | ON ROAD | CHK IN | LCL SRT | TOTL DRIV | TOTL PLAN | +OVR -UND | CLRK HRS- | WASH CD | HSKG CD | OTHER SPORH | TOT MIL | TOGR PKGS- | PRE RECD | NET MSD- | NET PKGS- | 1DA PKGS | 2DA PKGS | 3DA MSCM | TOTL STOP | OVR 70 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| S | | | | | | | | | | | | | | | | | | | | | | | |
| MO | 942 | 17 | | 925 | | | 942 | 895 | 47 | | | | 15.7 | 68 | 288 | | 288 | 25 | 17 | | 113 | 1 |
| TO | 1101 | 29 | | 1070 | 2 | 1101 | 875 | 226 | | | | 14.4 | 71 | 256 | | 256 | 24 | 13 | | 121 | 17 |
| WO | 986 | 12 | | 972 | 2 | 986 | 876 | 110 | | | | 13.1 | 67 | 296 | | 296 | 26 | 25 | | 117 | |
| TO | 1007 | 27 | | 974 | 8 | 1007 | 966 | 41 | | | | 16.4 | 65 | 339 | | 339 | 29 | 17 | | 128 | |
| AV | 1009 | 21 | | 985 | 3 | 1009 | 903 | 106 | | | | 15.4 | 68 | 295 | | 295 | 26 | 18 | | 120 | 5 |

### PICKUP / DOUBLE TRIP / SPECIAL COUNTS / MEMO ONLY-TRAILER DEL & PICKUP

| | NET COD CAL | NET COD/CALL | SEND AGAINS PAID | TOTL PKGS | TOT RCR STP PKG | HI-VAL PKG | MSS STP | BEF 2:30 STPS PKGS | UNLD PKGS | LOAD PKGS | 1 | 2 | DELIVERY PKGS STPS | PICKUP PKGS STPS | WORK HRS- |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| S | | | | | | | | | | | | | | | |
| M | 3 | 2 | | 4 | 301 | 32 | | 1 | | | | 4 | 2 | | |
| T | | | | 7 | 174 | 33 | 1 | | | | | 4 | 3 | | |
| W | 2 | | 1 | 2 | 228 | 30 | | | | | | 4 | 44 | | |
| T | 2 | | | 7 | 384 | 32 | | | | | | 5 | 40 | | |
| AV | 2 | 1 | | 5 | 272 | 32 | | | | | | 4 | 22 | | |

LAKEBURG   K   327542236   FT PD   ASSIGNED   6014/1

### WORKED HOURS / DELIVERY

| | TOTAL HOURS | AM HRS | S&L HRS | DBL TRP | ON ROAD | CHK IN | LCL SRT | TOTL DRIV | TOTL PLAN | +OVR -UND | CLRK HRS- | WASH CD | HSKG CD | OTHER SPORH | TOT MIL | TOGR PKGS- | PRE RECD | NET MSD- | NET PKGS- | 1DA PKGS | 2DA PKGS | 10A MSCM | TOTL STOP | OVR 70 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| S | | | | | | | | | | | | | | | | | | | | | | | | |
| M | | | | | | | | | | | | | | | | | | | | | | | | |
| T | 800 | 17 | | 758 | 25 | | 800 | 908 | 108- | | | | 14.8 | 76 | 580 | | 580 | 12 | 22 | | 111 | |
| W | 800 | 17 | | 758 | 25 | | 800 | 820 | 20- | | | | 12.5 | 71 | 556 | | 554 | 15 | 16 | | 93 | |
| T | 869 | 17 | | 824 | 28 | | 869 | 948 | 79- | | | | 13.2 | 91 | 530 | | 530 | 8 | 14 | | 106 | |
| AV | 823 | 17 | | 780 | 26 | | 823 | 892 | 69- | | | | 13.5 | 79 | 555 | | 555 | 12 | 17 | | 103 | |

### PICKUP / DOUBLE TRIP / SPECIAL COUNTS / MEMO ONLY-TRAILER DEL & PICKUP

| NET COD | NET CAL | SEND AGAINS | TOTL | TOT RCR | HI-VAL MSS | BEF 2:30 | UNLD LOAD | SPECIAL COUNTS | DELIVERY | PICKUP | WORK |
|---|---|---|---|---|---|---|---|---|---|---|---|

# DOCUMENT OF CONVERSATION

On January 6, 2005 I spoke with Kathy Lakeburg with union steward Jim Krahula present.  On January 5, 2005 Kathy's over allowed hours were 3.32.  She arrived back to the Addison facility at approximately 9:00pm.  At that time Kathy went into the break room and took her lunch.  She punched out at 9:55pm.  Her total hours paid was 12.76.

I instructed Kathy she is not to exceed 11.99 paid hours in a day.  She is to communicate to the center prior to 3:30pm if she will be out later than 6:38pm.  In addition she was instructed to take her lunch between the third and sixth hour.  I asked her to also clearly communicate to the center when she is asked a question via ODS.  Failure to follow these instructions in the future may result in further disciplinary action up to and including termination.

Management Signature: _____

Employee Signiture: ____ *R T S* ____

Steward Initials: _____

Document of conversation.mydocuments.word

Discrimination - Did Males get write-ups
Did clearly communicate
Did Not violate DOT regulations
could Not take Lunch - to Acomplish up's goals

Stewart: Krahula Agnoliged Not seeing the document OF Discipline

UPS 0057



UPS In-Center - Naperville 6014                                                                    _|&|x|

File   Maintenance   CSC   New Message   Help

### Messages from Centers and Responders

| From | Route | Type | To | Message Type | Response Required | Time Sent | Method |
|------|-------|------|-----|-------------|-------------------|-----------|--------|
| | | | | | | | |
| MITCHELL J (US 0... | 18D | DIAD | 6014 | Response | | 01/05/2005 16:58 | |
| MITCHELL J (US 0... | 18D | DIAD | CENTER | Message | | 01/05/2005 16:57 | |

**Original Message**

NEED YOUR ETA BACK TO THE BLDG, DRIVE SAFE. LARRY

**Message**

900

In-Center Dispatching                              22 Unread Messages

Ready                                                          Co Ash : 6  Assign : 3  Accept : 7  Cancel : 0  Compl : 42     8 System Alerts   Naperville   DISPATCHED  70 DRIVERS W/OCA  17:04

UPS 0061



UPS 0064

UPS 0060





UPS 0062

1/6/2005

I Kathy Lakeberg Am requested 9.5 hours days during Jan Feb And March of 2005.

1/6/2005

I'm requesting AN 8 hour DAY ON Friday 1/7/2005

K. Lakeberg
Lakeberg

Dan Belden

HRS/OT/Wages

UPS 0124

**Kruml Lawrence (mel1lgk)**

| | |
|---|---|
| **From:** | Lippeth Timothy (DBB3TXL) |
| **Sent:** | Wednesday, January 05, 2005 11:29 PM |
| **To:** | Kruml Lawrence (mel1lgk) |
| **Subject:** | LATE AIR DRIVER- LATE OHARE DRIVER -LAKEBURG LATE LUNCH OVER 12 |

ANNA PAWAKOSKI GOT TO THE BUILDING AT 9:30 WITH ABOUT 25 EXPRESS PACKAGES
GREG JOHNSON GOT TO OHARE 15MIN LATE ABOUT 10:00. SUE HAD ANNA GIVE GREG ALL HER REDS AND
SHE(SUE) HAD GREG GIVE ANNA ALL HIS 2DAY AND GROUND INTERNATIONAL. GREG MISUNDERSTOOD AND
GAVE ANNA EXPRESS INTERNATIONAL WITH ALL THE 2 DAY AND GROUND: ANNA GOT IN AT 9:30 PETE MIKE
AND MYSELF HAD HER UNLOADED BY 9:35. ALL THE EXPRESS MADE THE SHUTTLE

LAKEBURG GOT IN LATE AT 8:55/9:00 AND TOOK HER LUNCH IN THE BREAK ROOM PUNCH OUT AT 21:55 OVER
12
ODS MESSAGE IN YOUR DAILY RECAP

UPS 0058

1

Ms. Lang's letter. January 5,2005

This letter has false accusations.  I have never stuck a delivery notice under a mat.  I have no other complaints from tenants at this complex. Feb.2001-Dec.2004.  I have a compliment letter. On one occasion, Ms Lang walked up to the UPS vehicle in the apartment complex parking lot.  She asked if there was a delivery for her. In fact,there was not that day.  Ms Lang would never have to chase the truck down the block. This leasing office has always accepted packages for tenants.  During Christmas peak I did bring a package to her door . Ms Lang signed for it.  On February 21,2005 I rang Ms Lang's doorbell 6 times. All supervisors Lisa, Thersa,Gary, and Glenn Schmidt failed to tell me of this letter.I found this letter in my employment file. I was not informed of this letter by a union stewart or superviser.  If UPS takes complaints seriously, Why was I not informed.I was able to view this after July 8,2005. The date I received my file.   This letter contains false defamatory information and needs to be expunged.

Please
Note: Customers have phoned it false complaints.
Letter of praise for good Service

Glen Schmidt
Manager
UPS
150 South Lombard
Addison, IL 60101

January 5, 2005

Dear Glen:

I am writing you because of the unfortunate incidents that I have been experiencing with
my delivery driver Kathy. I have had three incidents in the past month that I need to
address to you. They have been on the following dates:
December 15, 2004-Called Spoke with Lisa
December 23, 2004-Called Spoke with Lisa, Theresa, & Gary
December 29, 2004-Called Spoke with Lisa, Theresa, & Gary

In each incident the delivery driver had not brought my packages to my door. What
Kathy does is write notices of deliveries and places them on the door. She doesn't bring
the packages like she should to the door and ring the door bell. Instead she right's up
delivery ticket's and then she places them under the door mat (as if anyone looks there
for them) or puts them on the door, takes all of the packages to the leasing office instead.
When someone ships a package per UPS they are paying for a service. They are paying to
have that delivered to their door. Kathy doesn't do her job. She takes all of the packages
to the leasing office where I live and dumps her duties off on the manager and the leasing
office. I live in a community of 300 apartments. Everyone over here complains about the
UPS driver. I my self have spent more than 3 hours on the phone with UPS to complain
about Kathy. I work from home; I am here every day to accept my packages. I see her put
notices on the door and scurry away; I have to chase her down the block to get my
package from her. This lady needs to be supervised and she needs to be refreshed about
what her job is all about. I have asked all my vendors not to use UPS and I will continue
to do so. Instead I have asked my Vendor's to use the US Postal Service and also FED
EX whenever possible. If Kathy doesn't like her job, and if she doesn't want to do her
job, she needs to find another one, because I certainly do not need to be spending my
time writing and calling to complain about her!!!
Please note that the office manager at the complex where I live has also called in
complains in regards to this driver and her bad habits.
Thanking you in advance for your time, and hoping that your driver will get some help!

Sincerely:

Dionne Lang

*Therese R. Young*

*1636 Brookdale Road Apt 23*

*Naperville, IL 60563*

*July 18, 2005*

Dear Sir or Madam:

I am a tenant that resides in the Brookdale Village apartment complex, which is located in Naperville, IL. I have lived here since 2002 and have since received numerous packages delivered by the UPS Company. This is why it pained me to learn that my previous driver, Kathy Lakeburg, had been fired. I did take notice that earlier this year I started having my packages delivered by an equally wonderful young lady and it did puzzle me as to what happened to my previous driver as I tend to form customer service bonds with the service men and women who work with and for me. Ms. Lakeburg has always been a very courteous and good driver. She has always greeted me with a smile and a genuine friendliness that I do not always receive from people in the customer service industry. If I was not able to meet her at the entrance of our apartment complex, she was always very happy to deliver my packages all the way upstairs to my apartment door, which is very convenient for me seeing that I have four small children. On days that were very unpleasant due to extreme cold or just bad weather in general, Ms. Lakeburg would again, greet me with a smile, the same smile that she gave me on the days that were pleasant. Around Christmas time, when there is such a high level of delivery activity taking place due to the season, Ms. Lakeburg was still very courteous even though she had been working the busy schedule that is associated with the madness that characterizes the Christmas season. I believe that the firing of Ms. Lakeburg is a very large loss for the UPS Company and that the management has made a great mistake in letting her go. While Ms. Lakeburg's replacements are very comparable in service to her and are equally pleasant, it would do my heart good to know that Ms. Lakeburg was placed back on my UPS route. She was a great delivery person and I believe that her being fired was a great injustice that should be further investigated. I have not had any problems with her and I can't imagine, based upon the rapport that she had built with me over the years that she could have intentionally caused any problems that would warrant her relief from the job she so greatly loves.

*Sincerely,*

*Therese R. Young*
*A Concerned Patron*

Customers

I WAS Brought to MY ATTENTION that
NAME WAS USED iN A complaint ou
UPS DRiver sometime Ago since I
over the shipping DepARtment - Approx
6 AGO. It WAS Not ME It is possible
A FORMER employee USED MY NAME
You HAVE ANY questions, pleASe call
at 630 388 1695

Robert brave Entwistle

(signed)

I gave the Legible copy to krum! ↑

I previously gAve stewARD. McDonough
A letter from Zuke computer Appologizing
that A false COMPlAint WAS MADE agAinst ME
to MANAgER. Zimmermon Around 2001
Not Found iN employment File

Concern 005LYR836, 7/19/04

The customer at the address was not home and left a note to leave delivery at the neighbor's, who also was not home.

The package was a third attempt and was returned as company policy requires. The clerk on duty was notified and delivery was rescheduled for the next deliverable day. I spoke personally to the clerk and notified him that the customer needed the package, and that it would be redelivered the next day, because neither the customer nor his neighbor were home.

When I spoke to the supervisor, Sue, I told her about the package. She assumed that it was belted. It was not, the clerk failed to put it out for delivery, not being my fault.

Page 1 of 1

**CLOSED CUSTOMER CONCERN**
**RRDD 0246**
**CENTER: 6014 NAPERVILLE**
**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* URGENT \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**Original Concern:**
   Date/Time:       07/19/2004 19:30
   CSC Location:   CCSC01/745
   Confirmation #: 005LYR83G

**Caller Information:**                              **Incident / Location:**
   ACCT #
   (630)717-8215                                     SAME
   SUE DORAN -- non-preferred

   1608 WHITLEY RD
   NAPERVILLE, IL 60563

**Description:**              (H1) 2nd Request - Delivery Change Request
INCIDENT DATE/TIME: 07/19/04 19:25 - TKR#1Z1835692037130635. CUST CALLED ABOUT PKG THAT WAS ALT ADDRS ON 7/16
BEFORE 7PM. THE PKG SHOULD HAVE BEEN DLVRD TO ALT ADDRS 7/16. CUST IS UPSET AND WANTS TO KNOW WHY PKG
WAS NOT DLVRD TODAY, PLEASE CALL TO DISCUSS AND TO RESOLVE.

**Action Taken By CSC:**

---

                              **FIRST REQUEST RESPONSE**
Pending?: _
Customer Notification:        x Telephone       _ Visit        _ No Contact Required

Contact:        Date 07/19/2004        Prior Contact Attempts:   Date          Date
                Time 19:50                                       Time          Time

**What action was taken to satisfy the Customer?:**
CALLED CUST. SHE SAID NO NOTICES WERE GIVEN AND THAT LAKEBURG GAVE A FINAL NOTICE ON FRIDAY.
THERE WAS A NOTE TO DELIVER TO THE NEXT DOOR NEIGHBORS HOUSE, BUT NEVER WAS. PKG COULD NOT
BE FOUND FROM FRIDAY'S, DUE TO THE PKG BEING DELTED. TOLD CUST SHE WOULD GET HER PKG
DELIVERED TOMORROW.

UPS Employee Involved:        LAKEBURG,K                   Completed By:   phillppe gardner
Post to Employee's Record: Y

---

Concern 001KWWVPV, 7/19/04

Preloader placed a golf club, meant for Pebblewood, with the clubs to be delivered to Golf Discount.   Package delivered the same day correctly.

PLEASE NOTE: My Actions WERE NO DIFFERENT
From other employees ~~And~~ As the
attached Document shows I corrected
A misdelivery For Ross

Page 1 of 1

## CLOSED CUSTOMER CONCERN
### RRDO 0246
### CENTER: 6014 NAPERVILLE
**************** URGENT ****************

**Original Concern:**

Date/Time:      07/19/2004 10:08
CSC Location:   CCSC02/752
Confirmation #: 001KWWVPV

**Caller Information:**                              **Incident / Location:**

ACCT # 00005Y75Y1
(630)355-5353                                        SAME
CHRISTOPHER BENSON -- non-preferred
GOLF DISCOUNT
1636 N AURORA RD
NAPERVILLE, IL 60563

**Description:**      (DZ) Delivery - Mis-Delivery
INCIDENT DATE/TIME: 07/16/04 16:04 - 1Z437745034676375Z. 07/14/04 16:34 MIKE SCHOBER RECEPTION . PKG MIS DEL TO:
1636 N AURORA RD NAPERVILLE IL 60563. ADD ON PKG IS: 1620 PEBBLEWOOD LANE #128 NAPERVILLE IL 60563. WANTS
PKG PU AND DEL TO CORR ADD. ......JV

**Action Taken By CSC:**

---

### FIRST REQUEST RESPONSE

Pending?: _
Customer Notification:        x Telephone     _ Visit          _ No Contact Required

Contact:      Date 07/19/2004    Prior Contact Attempts:    Date          Date
              Time 10:15                                     Time          Time

What action was taken to satisfy the Customer?:
CALLED CUSTOMER APOLOGIZED FOR ANY INCOINVENCE LET HIM KNOW KATHY WILL BE BY TO PU AND
~~DELIVER IT TO THE CORRECT ADDRESS F~~

UPS Employee Involved:      LAKEBURG,K              Completed By:   N. SCALZO
Post to Employee's Record: N

**UPS 0072**

eTT Delivery and Delivery Attempt Detail
Page 1 of 1

| Searched Inquiry Number: | Tracking Number: | Service Level: |
|---|---|---|
| 1Z2044060305948638 | 1Z2044060305948638 | GROUND |

**Associated Tracking Number:**

Search  Select an Associated Tracking Number and click on Search to execute the search

| Delivery Address: | Type: | Date: | Time: |
|---|---|---|---|
| 2711 SHERIDAN CT | DELIVERED | 06/28/04 | 13:27 |
| NAPERVILLE IL 60563 | | | |
| UNITED STATES | Received By: | Location: | Late Air Reason: |
| | | FRONT DOOR | |

**Delivery Status:**
PACKAGE WAS DRIVER RELEASED

| Shipper Name: | Shipper Number: | Stop Type: |
|---|---|---|
| SAS INSTITUTE- PO#10584 | 204406 | RESIDENTIAL |
| Package ID: | Package Weight: | Saturday Delivery Charge: |
| | 0.00 | NO |

**Remarks:**

**Original Receiver:**                              **Reason:**

**Return Address:**

**─Monetary─**
No monetary information available
**─DIAD Detail─**

| Name: | Driver ID: | Vehicle Number: |
|---|---|---|
| ROSS | 47454 | 132774 |
| Data Source: | DIAD ID: | |
| DCS | 0V1/UGJ | |
| Defined Area: | SLIC/Location: | |
| 1701 | 6014 / ADDISON-NAPERVILLE IL US | |
| Upload Date/Time: | Stored Date/Time: | |
| 06/28/04    17:58 | 06/28/04    18:06 | |
| Stop Number: | Total Delivery Stop Count: | Packages at Stop: |
| 77 | 97 | 1 |

Copyright © 2000-2004 UPS, Inc. All Rights Reserved.

COPY OF Misdelivery (Make Ross)
package belonged to McCleanan
I redelivered it for Ross to 2711 McCleanan

Concern 005LY8HT1, 7/16/04

When attempted delivery, the store was closed.  When contacted that they were in and open for business, I delivered the parcel within 5 minutes.

Customer has, in the past, apologized for not opening the store on time.

Please Note: My Actions were no Different
than those of other employees And I
wase singled out As the Aia Report shows

Page 1 of 1

CLOSED CUSTOMER CONCERN
RRDD  0246
CENTER:  6014  NAPERVILLE
**************** URGENT ****************

**Original Concern:**
Date/Time:       07/16/2004  11:05
CSC Location:   CCSC09/288
Confirmation #:  005LY8HT1

**Caller Information:**                          **Incident / Location:**
ACCT #                                           (630)416-7011
(630)416-7011                                    STEVE PETRY
STEVE PETRY -- non-preferred                     SUIT BANK
SUIT BANK                                        1550 N ROUTE 59
RM# SB 1550 N ROUTE 59                           NAPERVILLE, IL 60563
NAPERVILLE, IL 60563

**Description:**       (D4) Delivery - Delivery Time
INCIDENT DATE/TIME: 07/16/04 09:47 - 1Z23023X0141272714. ETT SHOWS 07/16/04 09:47 CLOSED 1 . CNEE SAID THAT THERE
BUSINESS HOURS ARE POSTED ON THE DOOR. THIS PKG IS NEEDED URGENTLY . CNEE REQING REDELIVERY TODAY
7/16/04. PLS CALL TO CONFIRM DELIVERY WILL BE MADE. THANK YOU

**Action Taken By CSC:**

---

FIRST REQUEST RESPONSE

Pending?: _

Customer Notification:          X Telephone      _ Visit           _ No Contact Required

Contact:        Date  07/16/2004    Prior Contact Attempts:      Date           Date
                Time  11:35                                       Time           Time

What action was taken to satisfy the Customer?:
CALLED THE CUSTOMER AND LET THEM KNOW THAT THE DRIVER WILL BE BACK TO DEL. IN 5MIN

UPS Employee Involved:        LAKEBURG,K                     Completed By:   M. KASPER
Post to Employee's Record: N

---

```
SLIC:     6014              AIR EXCEPTION REPORT       Print Date: 12/03/0?
REGION:     02                                         Print Time: ?
DISTRICT:   46             DELIVERY DATE: 12/03/0?      Page:
```

*Late Au*

```
SUB DRIVER                                                      DEL   CMT
   LATE REASON    ADDRESS                  SRV LABEL            TIME  TIME  DISPOSITION
```

| SUB DRIVER / LATE REASON | ADDRESS | SRV LABEL | DEL TIME | CMT TIME | DISPOSITION |
|---|---|---|---|---|---|
| 1 JENSEN Other | 2636 NEWTON AVE NAPERVILLE 60564 | 1DA 1Z1JE5060101212890 | 15:17 | 10:30 | DR FRONT DOOR |

Driver Summary: JENSEN — Left Building 08:45

| Commit Times : | 08:00 | 10:30 | 12:00 | 15:00 | Total | Stops | Pkgs |
|---|---|---|---|---|---|---|---|
| Missed Pkgs : | 0 | 1 | 0 | 0 | 1 | 1 | 1 |

| KRAHULA | Rm:104 869 BENEDETTI DR NAPERVILLE 60563 | 1DA 1ZAB329V0142353737 | | | |
|---|---|---|---|---|---|
| | 869 BENEDETTI DR NAPERVILLE 60563 | 1DA 1ZAB329V0142352737 | | | |

Driver Summary: KRAHULA — Left Building 08:30

| Commit Times : | 08:00 | 10:30 | 12:00 | 15:00 | Total | Stops | Pkgs |
|---|---|---|---|---|---|---|---|
| Missed Pkgs : | 0 | 0 | 0 | 0 | 0 | 14 | 14 |

| MARTINEZ | 633 N WASHINGTON ST NAPERVILLE 60563 | 1DA 1Z1ES9780141229864 | 09:11 | 10:30 | Not Ready 1 |
|---|---|---|---|---|---|---|
| | | 1DA 1Z1ES9780141238864 | 14:45 | 10:30 | NORM |
| | | 1DA 1ZRF8382247127284 | 09:11 | 10:30 | Not Ready 1 |
| | | 1DA 1ZRF8382247127284 | 14:45 | 10:30 | NORM |

Driver Summary: MARTINEZ — Left Building 08:30

| Commit Times : | 08:00 | 10:30 | 12:00 | 15:00 | Total | Stops | Pkgs |
|---|---|---|---|---|---|---|---|
| Missed Pkgs : | 0 | 0 | 0 | 0 | 0 | 21 | 11 |

| MCDONALD Other | Rm:293 Fl:2 40 SHUMAN BLVD NAPERVILLE 60563 | 1DA 1ESX097X0101166310 | 15:35 | 10:30 | MARCIANO |
|---|---|---|---|---|---|---|

Driver Summary: MCDONALD — Left Building 08:30

| Commit Times : | 08:00 | 10:30 | 12:00 | 15:00 | Total | Stops | Pkgs |
|---|---|---|---|---|---|---|---|
| Missed Pkgs : | 0 | 1 | 0 | 0 | 1 | 25 | 46 |

| OWENS Req Late | Rm:1 1284 RICKERT DR NAPERVILLE 60540 | 1DA 1Z40A2R00176536352 | 10:31 | 10:30 | MENON |
|---|---|---|---|---|---|---|
| Req Late | 3008 SEILER DR NAPERVILLE 60565 | 1DS 1Z183692131143516? | 15:07 | 15:00 | ELIZONDO |

Driver Summary: OWENS — Left Building 08:50

| Commit Times : | 08:00 | 10:30 | 12:00 | 15:00 | Total | Stops | Pkgs |
|---|---|---|---|---|---|---|---|
| Missed Pkgs : | 0 | 0 | 0 | 0 | 0 | 6 | 14 |

| PENDLETON Other | 905 POTOMAC AVE NAPERVILLE 60565 | 1DA 1Z6777140120079996 | 14:22 | 10:30 | DR FRONT DOOR |
|---|---|---|---|---|---|---|

Driver Summary: PENDLETON — Left Building 08:30

| Commit Times : | 08:00 | 10:30 | 12:00 | 15:00 | Total | Stops | Pkgs |
|---|---|---|---|---|---|---|---|
| Missed Pkgs : | 0 | 1 | 0 | 0 | 1 | 6 | 10 |

UPS 0127

```
SLIC :      6914                    AIR EXCEPTION REPORT               Print Date: 12/03/03
REGION: , 02                                                          Print Time: 21:12
DISTRICT:  46                       DELIVERY DATE: 12/03/03            Page:    2 of  5
```

| SUP DRIVER LATE REASON | ADDRESS | SRV | LABEL | DEL TIME | CMT TIME | DISPOSITION |
|---|---|---|---|---|---|---|
| 1  RECCHIA   Other | 1450 E CHICAGO AVE  NAPERVILLE 60540 | 1DA | 1Z916728016272337Z | 10:32 | 10:30 | Closed 1 |

```
Driver Summary: RECCHIA            Left Building  08:45              |  Commit Time Totals
   Commit Times  :   08:00    10:30    12:00    15:00    Total  |  Stops        Pkgs
   Missed Pkgs   :      0        1        0        0        1    |    7            7
```

| | ROSS | Rm:104  618 S RTE 59  NAPERVILLE 60540 | 1DA 1DA | 1Z673470015185938Z  1Z673470015185938Z | | | |

```
Driver Summary: ROSS               Left Building  08:35              |  Commit Time Totals
   Commit Times  :   08:00    10:30    12:00    15:00    Total  |  Stops        Pkgs
   Missed Pkgs   :      0        0        0        0        0    |   20           26
```

| | WALKER | 10740 ROYAL PORTHCAWL DR  NAPERVILLE 60564 | 1DA 1DA | 1Z118993244187996S  1Z118993244187996S | | | |

*CAME BACK*

```
Driver Summary: WALKER             Left Building  08:40              |  Commit Time Totals
   Commit Times  :   08:00    10:30    12:00    15:00    Total  |  Stops        Pkgs
   Missed Pkgs   :      0        0        0        0        0    |    7            ?
```

```
Supervisor Group 1 Summary:                                          |  Commit Time Totals
   Commit Times  :   08:00    10:30    12:00    15:00    Total  |  Stops        Pkgs
   Missed Pkgs   :      0        6        0        0        4    |   769          451
```

| 2  BELL   Other | 2800 WINDSOR DR  LISLE 60532 | 1DA | 1Z0781ES2210302220 | 16:49 | 10:30 | Moved |

```
Driver Summary: BELL               Left Building  08:28              |  Commit Time Totals
   Commit Times  :   08:00    10:30    12:00    15:00    Total  |  Stops        Pkgs
   Missed Pkgs   :      0        1        0        0        1    |   13           15
```

| | BJORSETH   Req Late | SEARS ON LINE  1835 FERRY RD  NAPERVILLE 60563 | 1DA | J1531305417 | 10:56 | 10:30 | KNOLL |

```
Driver Summary: BJORSETH           Left Building  08:44              |  Commit Time Totals
   Commit Times  :   08:00    10:30    12:00    15:00    Total  |  Stops        Pkgs
   Missed Pkgs   :      0        0        0        0        0    |    2            5
```

| | DERUDDER   Req Late | 2134 LILIAN CT  LISLE 60532 | 1DA | 1Z74WGA5244039956O | 11:25 | 10:30 | DR FRONTDOOR |
| | NA | 4100 S RTE 53  LISLE 60532 | 1DA 1DA | 1ZWA85580112402180  1ZWA85580112402180 | 09:56  12:22 | 10:30 10:30 | Not In 1  VP |
| | JOBSITE | 4100 S RTE 53  LISLE 60532 | 1DA | 1ZA91W110140760129 | 09:56 | 10:30 | Not In 1 |

UPS 0128

Concern: 005LKT1VR 07/16/2004

Four to eight people use the same entry way to the apartment complex. It is
reasonable to believe someone could have taken the delivery notice. From
February2001-July 2004 the route consisted of 5 or more apartment complexes.
This is the first complaint Ive gotten. I received no proof the delivery notice
Was not scanned.

PleASe NoTe: THis is the pirst complAint
From a customer for A delivery notice
from Feb 2001 — march 2005

Case 1:07-cv-07095   Document 25-5   Filed 04/22/2008   Page 34 of 36
Case 1:07-cv-07095   Document 1   Filed 12/18/2007   Page 67 of 107
Page 1 of 1

CLOSED CUSTOMER CONCERN
RRDD 0248
CENTER: 6014  NAPERVILLE

Original Concern:
Date/Time:       07/16/2004  14:35
CSC Location:   CCSC08/013
Confirmation #:  005LKT1VR

Caller Information:                              Incident / Location:
ACCT #
(630)400-5251                                        SAME
JILL ADAMEK -- non-preferred

RM# 203 1551 RAYMOMD DR
NAPERVILLE, IL 60563

Description:        (D3) Delivery - SERVICE NOTICE
INCIDENT DATE/TIME: 07/16/04 14:34 - DOESNT HAVE TRKING # AVAIL BUT NEEDS DRVR TO LEAVE A NOTE IF PKGS ARE
GOING TO BE TAKEN TO THE COMPLEX OFFICE. SHE SAID THE OFFICE IS CONCERNED TOO-

Action Taken By CSC:

---

FIRST REQUEST RESPONSE

Pending?: _
Customer Notification:        x Telephone      _ Visit          _ No Contact Required

Contact:      Date 07/16/2004     Prior Contact Attempts:     Date        Date
              Time 03:35                                      Time        Time

What action was taken to satisfy the Customer?:
I TALKED TO JILL -- I TOLD HER THAT THE DRIVER WILL LEAVE A NOTE IF THE PKGS WILL BE LEFT AT THE
COMPLEX OFFICE. THE DRIVER WILL BE TALKED TO BE A SUPERVISOR ABOUT LEAVING NOTES FOR
CUSTOMERS.

UPS Employee Involved:        LAKEBURG,K                  Completed By:   MONIKA MILEWSKA
Post to Employee's Record: Y

---

*Provide proof of
~~unserviced~~ note*

UPS 0069

## Chantecleer Lakes

April 18, 2005

To whom it may concern,

I have been the Property Manager of Chantecleer Lakes for the past five years during which time Cathy has been the UPS driver. She has been nothing by courteous and professional when dealing with my staff & myself. Recently her & I had a conversation regarding some residents that had filed complaints against her. It was interesting to hear from her that these same residents are residents I have on going issues with & are high maintenance residents.

In this business I have come to realize that you can not please everyone no matter how hard you try. It would be a shame for someone to loose their job over people who carry a black cloud around with them.

Sincerely,

Kristina Puente
Kristina Puente
Property Manager

1550 Raymond Drive
Naperville, IL 60563
630-357-1632

Concern 005LXT7J7, 7/15/04

The address label was hand-written, not typed, and the eight looked like a six. That only made sense since there is no 848 Beaver. The addresses end in the 700's.

The package was retrieved and redelivered with the correct address.

PleAse Note: My Actions were No DifferenT
than other employees As the AHAtched
LetteR shows