# EXHIBIT  3

# Part C

Page 1 of 1

CLOSED CUSTOMER CONCERN
RRDD 0246
CENTER: 6014  NAPERVILLE
************************ URGENT ***********************

**Original Concern:**
Date/Time:        07/15/2004  14:39
CSC Location:   CCSC09/345
Confirmation #:  005LXT7J7

**Caller Information:**                          **Incident / Location:**
ACCT #
(630)778-6127                                    SAME
DAVID MILLER – non-preferred

648 BEAVER CT
NAPERVILLE, IL 60563

**Description:**        (D2) Delivery - Mis-Delivery
INCIDENT DATE/TIME: 07/15/04 14:39 - 1ZE365SE0344273633--MISDEL TODAY 7/15/04 TO 648 BEAVER CT NAPERVILLE IL 60563
AND THE CORR ADD IS 648 BAVER RD NAPERVILLE IL 60563

**Action Taken By CSC:**

---

FIRST REQUEST RESPONSE

Pending?: _
Customer Notification:        x Telephone        _ Visit          _ No Contact Required

Contact:      Date 07/15/2004    Prior Contact Attempts:    Date         Date
              Time  04:10                                    Time         Time

What action was taken to satisfy the Customer?:
DRIVER WILL GO BACK TO 648 BEAVER CT AND P/U PKG--I TRIED CALLING DAVID, BUT NO-1 ANSWERED-----
DRIVER SHOULD DEL PKGS KEEPING A BETTER EYE OUT ON ADDRESS'S----DRIVER WILL BE TALKED TO

UPS Employee Involved:          LAKEBURG,K              Completed By:    MONIKA MILEWSKA
Post to Employee's Record: N

---

To Whoever it May Concern.

I live in La Grange Park. Last year the UPS driver left packages at my door. They were not mine. My House is 803 and the packages were for 603. It was dark and 6, 8 and 0 look a lot alike, so an easy mistake. I called the people they were for and they come and got them. No Big Deal! I could have called UPS and had them come and pick them up. Would that driver had been in trouble? I hope not. People make mistakes. I see this truck go by here just about every day in Rain, sleet, snow, ice, cold, heat and any thing else that comes along. Sometimes its well into the evening when I see him. This has to be a high stress job.

*this happened twice*

Mrs Likeless
803 N Stone
La Grange Park, Il

Concern 3/5/04   005L9RFLB

Bottom portion of the concern reads :Driver always asks the employees to
Bring packages in for her."

See  letter:Roadmasters

*PleAse NoTe: CONCERN WAS CompleTed by SCotti*

# ROADMASTER TIRE AND SERVICE GROUP

Corporate Office: 275 East Ogden Avenue • Naperville, Illinois 60563 • Tel. 630-355-3210 • Fax 630-355-3230

To Whom It May Concern,

Kathy was our UPS driver since I took over management of Roadmaster Goodyear 2 years ago. Kathy has always been very friendly and efficient! I've offered to help with heavier packages - but was told that's her job! She is a definit asset to UPS

Sincerely,
Tim Madura
Roadmaster Goodyear

OPEN CUSTOMER CONCERN
RRDD: 0246
NAPERVILLE  6014

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* URGENT \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Original Concern:
    Date/Time:       03/05/04  12:50
    CSC Location:    CCSC04/518
    Confirmation #:  005L9RFBL

Caller Information:                      Incident Location:
    ACCT # 0000E62440
    (630)268-2800                            SAME
    MARY EVERTS
    ENTERNET
    RM# 470 2400 OGDEN AVE
    LISLE, IL 60532

Description: (P1) Pickup - Scheduled Daily Pickup
    Incident Date/Time: 03/04/04 16:15 - DAILY P/U CUST E62440 DID NOT RECEIVE DAILY P/U
WANTS TO TALK TO SOMEONE ABOUT SITUATION PLEASE GIVE A CALL BACK//MA

Action Taken by the CSC:
    Air Qty:1;Ground Qty:;Cust Wait Time:06:00 PM;Customer Close Time:05:30 PM

                                                                           0

_____

Pending?: ___              FIRST REQUEST RESPONSE

Customer Notification:     _x_ Telephone    ___ Visit    ___ No Contact Required

Contact:   Date 03/05/04   Prior Contact Attempts:  Date      Date
           Time  13:30                               Time      Time

What action was taken to Satisfy the Customer?:
    CALLED CUST,APOLOGIZED FOR INCONVENIENCE. DIAD QUERY SHOWS P/U WAS TOO EARLY. PKG MISSED
WAS NDA--PER SUP. UPGRADE TO SAT. ALSO STATES DRIVER NEVER SIGNS PRINTOUT& DRIVER
ALWAYS ASKS THE EMPLOYEES TO BRING IN PKGS FOR HER. TOLD HER I WOULD NOTIFY SUP.
                                          ? NO

UPS Employee Involved: LAKEBURG,K              Completed By: SCOTTI
Post to Employee's Record?: Y
_____

_Lisa Hendrickson present._

_Spoke w/ Kathy._
_Picked up pkg early (11:15). Did not go back for regular_
_3:30 pm. Assumed they had nothing going out. Kathy_
_understands NO P/U's will be made prior to 2:30_
_unless authorized and/or indicated on DIAD._

UPS 0081



**Stop Detail**

### Stop Information

Account Information

ENTERNET DIV OF INTERIM S          E62440

Run 470

2400 OGDEN AVE

LISLE 60532

Detailed Stop Information

Scheduled Pickup

Scheduled Time: 1530

Phone Num: 630-268-2800

Closing Time: 1700

Pickup Point: FRONT

Area: 3601

Stop Time: 11:15

Svc Provider: LAKEBERG KATHY

Dispatch: 099BLS

Stop Number: 37

### Package Information

Total Pkgs: 1

| Type / | Tracking Number | Status |
|---|---|---|
| GND | 1ZE62440034171951 | Picked Up |

* — Multiple 1Z Labels
A — Address Correction in DIAD
@ — Adult Sig Required — Non-Barcoded
$ — Signature Required — Non-Barcoded

Package Detail     Service Provider     Print     Help     Cancel

UPS 0082

Concern: 001JXMPHM  05/12/04  DOC; 5/14/04

A concern that states POST TO EMPLOYEES RECORD- NO
Was written up for disciplinary action. A 3 day suspension-reduced to a written.
The correction was made in 10 minutes time. Kruml stated I inconvienced 2 customers.
"The customer at Lanley had to wait for their delivery." There was no commit time on
the ground package. The resident at Langley address may or may not have been home.
The
Package was driver-released to the front door.

PLEASE NOTE: MY ACTIONS WERE NO different
than other employees I WAS Singled out.
See Attached Letter from customer After
I followed up on his misdelivery by A
co-worker.

I live at 620 Beaver, Naperville. I called the UPS office. They said my package was delivered to the wrong address. I told UPS to tell that guy to go get my package and bring it to the right house. The company mailed another box, approximately months afterwards. A person brought a box over to me that was left at his house. I refused this box and gave it to Kathy since the company had sent a new box to me.

Vito deNatale

Vito DeNatale

630 548 2583

# DOCUMENT OF CONVERSATION

On  05/14/04, I spoke with Kathy Lakeburg regarding improper driver release and mis-delivered packages.

~~Daryl Cossaretti~~ *Pam TREADWELL*, union steward was present.  We discussed proper driver release methods.  One package

was misdelivered to 1622 Colfax Court, Naperville, Il 60563. The package should have been delivered to

1023 Langley Naperville, Il 60563. She has been re-certified on proper driver release methods. Due to her

inability to follow methods, Kathy will be suspended for three days. She understands if the procedures and

methods are not followed further discipline will occur.

Management Signature: _____

Employee Signature: *R.T.S* _____

Steward Initials: *PT* _____

Document of conversation.mydocuments.word

Pictures filed in driver followup file.  Warning letter and write up in employee file.

*REDUCED TO WRITTEN WARNING. UNDERSTANDS THAT FUTURE FAILURE TO ADHERE TO METHODS will result in disciplinary action.*

*KROM*
*Kruml chooses*
*Daryl as my rep*

CLOSED CUSTOMER CONCERN
RRDO 0246
CENTER: 6014  NAPERVILLE
*********************** URGENT ***********************

Original Concern:
Date/Time:      05/12/2004 12:53
CSC Location:   CCSC07/CWA
Confirmation #: 001JXMPHM

Caller Information:                         Incident / Location:
  ACCT #
                                              SAME
  – non-preferred

Description:     (D2) Delivery / Mis-Delivery
INCIDENT DATE/TIME: 05/12/04 12:51 - 1Z08341V0370280758. THIS PKG WAS DEL TO 1622 COLFAX COURT NAPERVILLE IL
60563. IT WAS ADR TO NADINE ROSKENS 1023 LANGLEY CIR . NAPERVILLE IL 60563 . CUST STATES PKG IS RIPPED AND
SHE WANTS IT PU FROM HER PORCH TODAY, NO GUAR.

Action Taken By CSC:

---

FIRST REQUEST RESPONSE

Pending?: _

Customer Notification:      x Telephone     _ Visit          _ No Contact Required

Contact:      Date  05/12/2004    Prior Contact Attempts:    Date          Date
              Time  13:07                                    Time          Time

What action was taken to satisfy the Customer?:
SENT A MSG. TO THE DRIVER TO P/U AND REDEL. AND SHE ANSWERED BACK THAT SHE ALREADY TOOK CARE
OF THE PROBLEM

UPS Employee Involved:      LAKEBURG.K                    Completed By:    M. KASPER
Post to Employee's Record  N

*Post to employees RECORDS NO*
*phoneti #*
*TIME 13.07 - Incident is*
*already resolved*

UPS 0076

Package Data - Tracking Number - Search Criteria

Tracking Number: 1Z0834170370280758
Service Level: GROUND
Search Results:
Package is Part of a Shipment.

| Type | Shipper # | Address/Location | Date | Time | Status | |
|------|-----------|------------------|------|------|--------|---|
| DEL | 083417 | 1023 LANGLEY CIR NAPERVILLE IL 60563 US | 05/12/04 | 13:05 | DR RELEASED | FRONT DOOR |
| SCAN | | 6039 /ADDISON,IL US | 05/12/04 | 06:36 | OUT FOR DEL | |
| SCAN | | 6039 /ADDISON,IL US | 05/12/04 | 01:35 | ARRIVAL SCAN | |
| SCAN | | 6069 I/JEFFERSON ST,IL US | 05/12/04 | 00:12 | DEPARTURE | |
| SCAN | | 6069DI/JEFFERSON ST,IL US | 05/11/04 | 12:50 | LOCATION | |
| SCAN | | 6069 I/JEFFERSON ST,IL US | 05/11/04 | 10:20 | ARRIVAL SCAN | |
| SCAN | | 0709 /MEADOWLANDS,NJ US | 05/08/04 | 04:08 | DEPARTURE | |
| SCAN | | 0709 /MEADOWLANDS,NJ US | 05/07/04 | 22:41 | ARRIVAL SCAN | |
| SCAN | | 0899 /EDISON,NJ US | 05/07/04 | 21:52 | DEPARTURE | |
| SCAN | | 0899T/EDISON,NJ US | 05/07/04 | 19:52 | ORIGIN SCAN | |
| MANIF | 083417 | / US | 05/07/04 | 18:50 | BILLING INFO | |

Copyright © 2000-2004 UPS, Inc. All Rights Reserved.

AND At 13:05
The pACKAGE iS Delivered
to Front DOOR At 1023
~~LAngley~~

↖ EXAggeration by Krum!
WitH intent to inflict
emotional diress.

UPS 0078





Document of Conversation; 1/13/03-1/13/04
Concern; 001KZ24F60

Kruml placed a disciplinary notice in my file. I corrected the misdelivery.
Both companies ordered similar boxes from Office Max, they had similar
Names and suite numbers.
The delivery was corrected.
As humans we are capable of error. Note; kruml's document has an error- the
wrong date. 1/13/03. The error took place on 1/13/04.

PLEASE NOTE: Kruml's error on "DOC"
Concern completed by Scott

*WRONG DATE*
*004*

# DOCUMENT OF CONVERSATION

On  01/13/03, I spoke with  Kathy Lakeburg regarding improper driver release and mis-delivered

packages.  Lisa Hendrickson; union steward was present.  We discussed proper driver release methods.

One package was misdelivered to 3033 Ogden Ave,  Ste 200 Lisle, Il 60532. The package should have been

delivered to Ste 302.  We reviewed and re-certified her on proper driver release methods. She understands

if the procedures and methods are not followed further discipline will occur.

*THIS WAS NOT A*
*Driver release Step*

Management Signature: _____

Employee Signature:  *R T S* _____

Steward Initials: *lh* _____

Document of conversation.mydocuments.word

Pictures filed in driver followups file.  Warning letter and write up in employee file.

CLOSED CUSTOMER CONCERN
RRDO: 0246
NAPERVILLE  6014

******************** URGENT ********************

Original Concern:
    Date/Time:        01/13/04  12:07
    CSC Location:     D0247/5TH
    Confirmation #:   001XZ4F60

Caller Information:                        Incident Location:
    ACCT # 00002775W5
    (800)613-4624 Ext. 3372                    (800)613-4624 Ext. 3372
    PHIL FREESENE X2315                        PHIL FREESENE X2315
    OFFICE DEPOT 1105                          POSESTIVE APPRAISAL
    505 E KEHOE BLVD                           RM# 200 3033 OGDEN AVE
    CAROL STREAM, IL 60188 1850                LISLE, IL 60532

Description: (D2) Delivery - Mis-Delivery
    Incident Date/Time: 01/08/04 12:06 - 132775W50320813824 MIS DEL TO WRONG STE- WAS SEL TO
    200- ODS DRIVER TO GO BK P/U & RE DEL TO STE 302-NEEDS ASAP


Action Taken by the CSC:


                                                                              D


Pending?: _____                    FIRST REQUEST RESPONSE

Customer Notification:       x  Telephone      ___  Visit      ___  No Contact Required

Contact:   Date  01/13/04    Prior Contact Attempts:   Date              Date
           Time  13:05                                 Time              Time

What action was taken to Satisfy the Customer?:
    VMAIL MSG.  APOLOGIZED FOR INCONVENIENCE. WILL HAVE DRIVER GO BACK AND RETRIEVE PKG &
    DEL TO CORRECT STE#.


UPS Employee Involved: LAXEBURG,K                Completed By: SCOTTI
Post to Employee's Record?: Y

| Package Data – Tracking Number – Search Criteria | |
|---|---|
| Tracking Number: | 1Z2775W50320813824 |
| Service Level: | GROUND |
| Scheduled Delivery Date: | 01/09/04 |
| Search Results: | |
| Package is Part of a Shipment. | |

| Customer Information | | Ship To: | Shipment | |
|---|---|---|---|---|
| Shipper: 2775W5 | | POSESTIVO APPRAILSAL | Service Level: | GROUND |
| OFFICE DEPOT | | 3033 OGDEN AVE STE 302 | Total Packages: | 2 |
| 515 E KEHOE | | LISLE IL 60532 | Pickup Date: | 01/08/04 |
| CAROL STREAM IL 60188 | | UNITED STATES | Billing Type: | PREPAID |
| UNITED STATES | | | | |

Copyright © 2000-2003 UPS, Inc. All Rights Reserved.

200 professional
consultants

( 1 Box. # ? )

Transposed
the P's in the
companys names

Shipper numbers ARE the
same for Both Suites
Both shippers ordered
From Office Depot —

The Ladys At 200 didn't
Catch this till later either
Package was retrieved
And Brought to correct suite

— other Drivers make this
Mistake

UPS 0086

Package Data - Tracking Number - Search Criteria

Tracking Number: 1Z2775W50320813824
Service Level: GROUND
Scheduled Delivery Date: 01/09/04
Search Results:

| Type | Tracking # | Address/Location | Date | Time | Status | |
|------|------------|------------------|------|------|--------|---|
| DEL | ☑ 1Z2775W50320813495 | 3033 OGDEN AVE FL 3 STE 3 | 01/08/04 | 11:25 | L MCSWEENEY | RECEPTION |
| DEL | ☑ 1Z2775W50320813824 | 3033 OGDEN AVE STE 200 LI | 01/08/04 | 11:23 | RENICK | RECEPTION |

Copyright © 2000-2003 UPS, Inc. All Rights Reserved.

UPS 0085

http://char.mvs.us.ups.com:3066/cics/T7C4PDVS                    01/14/2004

Concern: 001L01CMZ    01/06/04-01/07/04

After talking to Donna Swoger, after I received my employee files in July 2005,
I learned that Swoger was not working on 01/06/04. On 01/06/04 I looked for the
manifest and any packages. I waved to the receptionist. Kruml told me in his office
"You took the candy and not the pick-up." I remembered a night time superviser had
Contacted me on the route . He asked if I had stopped at the pick-up I answered Yes.
He said they have something or they might be closed, I send another driver by to check.

The pick-up was placed back of the desk off to the side. I followed the
instructions of the night superviser, MALE VOICE, 1/6/04

PLEASE NOTE: I DID NOT Fail to go to the pickup

CLOSED CUSTOMER CONCERN
RRDD: 0246
NAPERVILLE 6014

*Lakeburg - warning letter*

****************** URGENT ******************

Original Concern:
Date/Time:         01/07/04  08:34
CSC Location:      CCSC09/360
Confirmation #:    001L01CMZ

Caller Information:                    Incident Location:
ACCT # 00009666XX
(630)971-1000                          SAME
DONNA SWOGER
SUBURBAN MOVING & STORAGE
2100 OGDEN AVE
LISLE, IL 60532 1507

Description: (P1) Pickup - Scheduled Daily Pickup
Incident Date/Time: 01/06/04 17:00 - CUST IS DAILY PU ACCT. CUST NEVER RECVD PU FRM
YESTERDAY. CUST NEEDS TO HAVE PKGS PU TODAY ASAP. PLS CB TO RESOLVE MATTER. NORMAL
PU TIME IS 3:30PM. THANKS.

Action Taken by the CSC:
Air Qty:;Ground Qty:7;Cust Wait Time:05:00 PM;Customer Close Time:05:00 PM

                                                                    0

Pending?: ___                    FIRST REQUEST RESPONSE

Customer Notification:        _x_ Telephone    ___ Visit    ___ No Contact Required

Contact:   Date 01/07/04      Prior Contact Attempts:  Date            Date
           Time  09:00                                 Time            Time

What action was taken to Satisfy the Customer?:
CALLED CUSTOMER APOLOGIZED GAVE HER CENTER NUMBER AND LET HER KNOW WE WILL REVIEW WITH
DRIVER CUSTOMER STATED SHE HAS REVIEWED W/DR ABOUT DEL TO CORRECT ADDRESS AND PU ALL
PKGS ON A TIMELY MATTER DRIVER SAID ITS NOT HER MAKING DEL ERRORS

UPS Employee Involved: LAKEBURG, K
Post to Employee's Record?: Y              Completed By: N.SCALZO

*this CONCERN WAS phoned in on the 6th Sup Said he would have A Driver take care of this.*

*Took the candy - did not take the pick-up*

Concern:001KX34DL 12/05/03

I believe this was wrongfully charged to my records, and was a fellow drivers error. Sue told me to pick this up. I told Sue I did not misdeliver it, but I'd be happy to correct this.

PlEASE NotE: I spoke to Sue over the phone AND corrected A misdelivery For co-worker I served suspension around June 8, 2004 For this misdelivery By coworker

CLOSED CUSTOMER CONCERN
RRDD: 0246
NAPERVILLE 6014

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* URGENT \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Original Concern:
  Date/Time:        12/05/03  09:38
  CSC Location:     WCSC04/160
  Confirmation #:   001KX34DL

Caller Information:                           Incident Location:
  ACCT #
  (630)355 6258                                 SAME
  WHITNEY SURANE
  COUNTRY VILLA
  4715 BEAU BIEN BLVD
  LISLE, IL 60532

Description: (D2) Delivery - Mis-Delivery
  Incident Date/Time: 12/04/03 09:29 - 122894282215078704, DRVR MIS-DELV TO COUNTRY VILLA
  4715 BEAU BIEN BLVD  LISLE IL  60532..PKG ADDR TO NILES A WILLE 2519 OLD TAVERN RD
  LISLE IL 60532.  SCHEDULED DELV DATE 12/04/03.

*[handwritten: who had this PACKAGE]*

Action Taken by the CSC:

*[handwritten: Look up this track Number]*

Pending?: ___                    FIRST REQUEST RESPONSE

Customer Notification:       _X_ Telephone    ___ Visit    ___ No Contact Required

Contact:   Date  12/05/03     Prior Contact Attempts:   Date          Date
           Time  09:50                                  Time          Time

What action was taken to Satisfy the Customer?
  SENT A MESSAGE TO THE DRIVER SHE WILL GO PU PKG AND WILL REDELIVER TO THE CORRECT
  ADDRESS CALLED CUSTOMER APOLOGIZED LET KNOW DRIVER WILL BE BY TO PU

UPS Employee Involved: LAKEBURG.K            Completed By: N SCALZO
Post to Employee's Record?: Y

*[handwritten: NEED RECORDS]*

UPS 0088



# Law Title

Insurance Agency, Inc.-Naperville

July 15, 2005

Ms. Kathy Lakeburg

This is a summary of our discussion today regarding the attached Closed Customer
Concern. When Law Title moved into this building in November, 2003, we occupied
Suites 101 and 108. Each office has a UPS account since we are separate profit centers.
At that time, I managed the operations in Suite 108.

As I recall, our paths crossed one day in the main lobby and we discussed Law Title
having two separate offices in the same building. When I called for UPS to pick up
packages, you were being directed to Suite 101. The problem was easily resolved once
you knew about both offices. I also recall you started to pick up and deliver to both
suites at that time.

In closing, I want to state that you were instrumental in helping us obtain a drop box
outside in front of our building. Both offices use that box daily. I hope this information
is helpful to you.

Sincerely,

Mary Tobiasz
Assistant Vice-President

CLOSED CUSTOMER CONCERN
RRDD: 0266
NAPERVILLE  6014

*********************** URGENT ***********************

Original Concern:
  Date/Time:        11/20/03  17:59
  CSC Location:     CCSC06/306
  Confirmation #:   001KWRDXR

Caller Information:                          Incident Location:
  ACCT # 000069YR91
  (630)717-7500                                SAME
  MARY TOBIAS
  LAW TITLE INSURANCE CO INC
  RM# 108 2900 OGDEN AVE
  LISLE, IL 60532

Description: (P1) Pickup - Scheduled Daily Pickup
  Incident Date/Time: 11/20/03 17:55 · CUST IS A NEW ACCOUNT AND HAS A DAILY PU AND OR DID
  NOT MAKE THIS ATT TODAY ALTHOUGH 1ST ATT WAS MADE AT THIS ADDRESS ON 11/19/03 25 EXPRESS
  PKGS , THERE IS ANOTHER ACCT FOR THE SAME BUSINESS IN SAME BLDG. 2900 OGDEN STE 101/PKGS
  WERE TAKEN TO A DROP BOX

Action Taken by the CSC:
  Air Qty:;Ground Qty:25;Cust Wait Time:;Customer Close Time:05:00 PM

─────────────────────────────────────────────

Pending?: ___                    FIRST REQUEST RESPONSE

Customer Notification:    _x_ Telephone    ___ Visit    ___ No Contact Required

Contact:    Date  11/20/03    Prior Contact Attempts:    Date           Date
            Time  18:30                                   Time           Time

What action was taken to Satisfy the Customer?:
  CALLED THE CUSTOMER BUT GOT NO ANSWER.  LEFT MESSAGE STATING WE WHERE SENDING DRIVER TO
  RECOVER PKGS.  SENT MESSAGE TO THE AIR DRIVER AND TO REGULAR DRIVER TO ASSURE WE GOT
  STOP COVERED.  AIR DRIVER IN AREA AND WILL DOUBLE CHECK.

UPS Employee Involved:  LAKEBURG,K              Completed By: ARNOLDO DIAZ JR.
Post to Employee's Record?: Y

─────────────────────────────────────────────

*Reviewed w/ Kathy. Pam Treadwell union steward
present. Instructed to make verbal customer contact.
Call center or ODS if she is running behind & make
customer contact at each pickup.*

*LAKEBURG - RTJ*

*see customer's letter*

UPS 0092

Concern 001KDH1HR, 9/03/03

Since Air packages are a priority, I followed company policy to get Air packages delivered on time. Matt, from 84 Lumber, ran after my vehicle after delivering the Air packages, because he was anxious to get the ground packages. This was approximately 10:20a.m. I stopped to accommodate the customer and had to reach over other packages and purposely placed them on other boxes as not to damage packages. No report of damage.

Please note: Kruml's handwritten note distorts customer's concern to make me look bad.

OPEN CUSTOMER CONCERN
BRDD: 0246
NAPERVILLE  6014

*******************  URGENT  **********************

**Original Concern:**
    Date/Time:        09/03/03   10:52
    CSC Location:     CCSC04/440
    Confirmation #:   001KDH1HH

**Caller Information:**
    ACCT # 00002RV306
    (630)355-8420
    MATT PHILLIPS
    84 LUMBER COMPANY
    1704 N AURORA RD
    NAPERVILLE, IL 60563

Incident Location:

    SAME

**Description:** (C1) Center Concerns - Hourly Personnel
    Incident Date/Time: 09/03/03 10:51 - 1Z34124X0145684517, LADY DRIVER, LICENSE PLATE#
    19757, CUS SAYS DRIVER WAS RUDE, HARD TO TALK TO, ROUGHLY HANDLING PKGS THE THE
    EXTENT OF CAUSING DENTS IN HIS BOXES BY DROPPING THEM, REQ A CALL BACK , MATT @
    630-355-8420

**Action Taken by the CSC:**

---

Pending?: ____                    FIRST REQUEST RESPONSE

Customer Notification: ____ Telephone    ____ Visit    ____ No Contact Required

Contact:    Date                Prior Contact Attempts:    Date          Date
            Time                                            Time          Time

What action was taken to Satisfy the Customer?:

---

UPS Employee Involved:                            Completed By:
Post to Employee's Record?:

Called customer - Apologised, Will Review w/Driver.
He asked if there was another box in the truck.
She went into truck, she said "messing w/ my lunch".
Throwing Pkgs Denting boxes.

Concern 001JT9FRJ  7/30/03

There was no failure to pick-up 2-day air.  The Package was a Fed-X parcel, not UPS.

I did not use profane language, but I did mumble to myself that they were placing wrong weights on the packages.  No one was in the room at the time. This company had been politely warned to put correct weights on their packages. Ocular Group became a suspended account.

Please note:  The concern "Scotti" recorded was different from customer's original concern.  "Scotti" is an unknown person to me, but is a reoccurring pattern in concerns.   see attachment   Avilla

CLOSED CUSTOMER CONCERN
RBDO: 0246
NAPERVILLE 6014

**Original Concern:**
Date/Time:        07/30/03  16:29
CSC Location:     CCSC04/107
Confirmation #:   001JT9FRJ

**Caller Information:**                    **Incident Location:**
ACCT # 0009R75A70
(630)544-5025                              SAME
NICOLE ZILLER
OCULAR GROUP
1548 BOND ST
NAPERVILLE, IL 60563 6508

Description: (C1) Center Concerns - Hourly Personnel
Incident Date/Time: 07/29/03 17:00 - SHIPPER R75A70 STATES DRVR WAS RUDE, REFUSED TO
PICK UP 2DA PKG ON 7/29. DRVR HAS BEEN DISRESPECTFUL AS WELL AS USED PROFANE
LANGUAGE. PLEASE CONTACT NICOLE ZILLER @ 630.544.5025 TO DISCUSS.

Action Taken by the CSC:

Pending?: _____              FIRST REQUEST RESPONSE

Customer Notification:    __x__ Telephone    _____ Visit    _____ No Contact Required

Contact:    Date  07/30/03          Prior Contact Attempts:    Date            Date
            Time  16:59                                        Time            Time

What action was taken to Satisfy the Customer?:
CUST SAYS DRIVER IS ALWAYS RUDE. DRIVER CONSTANTLY SWEARS & MUMBLES UNDER HER BREATH.
THROWS BOXES & DROPS THINGS & DOESN'T CARES. SAYS SHE IS CONSIDERING USING FED EX.
TOLD HER I WILL FORWARD INFO TO DRIVER'S F/T SUP (ORKASINSKI)

UPS Employee Involved: LAKEBURG,K
Post to Employee's Record?: Y                    Completed By: SCOTTI

SARA

**Naperville Center**

# Memo

**To:**     Tom Haefke

**From:**   Larry Kruml

**CC:**     Frank Whalley

**Date:**   07/29/03

**Re:**     Attendance

---

Kathy Lakeburg,

I have reviewed your attendance record and I find that you been ABSENT on four occasions since 10/15/02. You have been spoken to, and warned, regarding your responsibility to be at work on time daily, as scheduled.

Please consider the seriousness of your actions and PROTECT YOUR JOB by reporting to work as scheduled. If any further incidents of the same nature occur, it will result in further disciplinary action, up to and including discharge.

Larry Kruml

Naperville Center Manager

Driver signature:

Steward signature:

• Page 1

UPS 0113

*Absent Funeral*
*Leave ups sent*
*Flovers And!*
*CARD*

In Memoriam

Hitzeman
Funeral Home, Ltd.
9445 31st Street
Brookfield, Illinois
773-521-3608    708-485-2000

2002
1906
96

## AFTERGLOW

I'd like the memory of me
To be a happy one.
I'd like to leave an afterglow
Of smiles when life is done.

I'd like to leave an echo
Whispering softly down the ways,
Of happy times and laughing times
And bright and sunny days.

I'd like the tears of those who grieve,
To dry before the sun.
Of happy memories that I leave behind
When life is done.

In Loving Memory of
Maxine E. Wilkinson

✝

Born
MARCH 11, 1906

Passed Away
MON., NOVEMBER 18, 2002

Services Held at
HITZEMAN
FUNERAL HOME, LTD.
THURS., NOVEMBER 21, 2002
8:30 P.M.

Officiating
REV. MARK JARGSTORF

Private Interment at
PUTNAM CEMETERY
Putnam, Illinois

WEDNESDAY WEEK ENDING: 02/12/05          DAILY PACKAGE RECAP          DISTRICT: NORTH ILLINO DISTN 0246
40.438  02/10/05  02:02                                               CENTER : NAPERVILLE      SLIC 6014
SUPERVISOR GROUP -1

| | | PAID HOURS | | | | | OTHER | | | | | DELIVERY | | | | | | PICK UP | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | TOT | AM | SAL | OM ROAD | PM SRT | LCL TOT PLAN | CV UPD | HRS | CD | SPORH | MLS | TGR | NSD | --S/A-- C/C | GR PD | % STP | NET 1DA | NET COD | NSD CALL | RCR STP STP | HI PKG PKG | VAL |
| AITES | S | 800 | 17 | 767 | 16 | 923 | 123- | | 25.8 | 87 | 294 | | 1 | 3 | 192 | 23 | 1 | 2 | 6 | 54 | | |
| BELL | J | CALLED IN | | | | | | | | | | | | | | | | | | | | |
| DODD | S | 800 | 23 | 770 | 8 | 1066 | 266- | | 29.9 | 99 | 322 | | 2 | 6 | 212 | 28 | 2 | 1 | 15 | 89 | | |
| DONLEY | B | 909 | 24 | 873 | 12 | 889 | 80 | | 21.9 | 75 | 342 | | 1 | 16 | 182 | 27 | | | 9 | 21 | 2 | |
| FREDERICK | R | 900 | 25 | 764 | 11 | 1036 | 276- | | 25.4 | 86 | 348 | 1 | | 3 | 158 | 74 | | 1 | 36 | 108 | 12 | |
| HAYDOCK | J | VACATION | | | | | | | | | | | | | | | | | | | | |
| HENDRICKSON | L | COMPENSATION - ON JOB | | | | | | | | | | | | | | | | | | | | |
| HOFFMAN | S | 800 | 25 | 760 | 15 | 1042 | 242- | | 30.3 | 101 | 280 | | | 8 | 226 | 26 | 2 | 1 | 4 | 3 | | |
| KSRULIS | J | 989 | 8 | 981 | 30 | 927 | 62 | | 16.7 | 101 | 380 | | | 5 | 148 | 13 | | | 11 | 185 | | |
| LAKEBURG | K | 1046 | 42 | 1004 | | 963 | 33 | 20 BK | 20.5 | 88 | 310 | | 1 | 6 | 171 | 25 | | 3 | 45 | 75 | | |
| MCCURLEY | K | 1146 | 17 | 1117 | 12 | 951 | 138 | | 17.1 | 72 | 275 | | 4 | 4 | 184 | 21 | 3 | | 37 | 167 | | |
| MCDONALD | D | 936 | 17 | 895 | 24 | 893 | 43 | | 17.9 | 57 | 277 | | | 1 | 108 | 51 | | 1 | 52 | 179 | 7 | 8 |
| MITCHELL | J | COMPENSATION - ON JOB | | | | | | | | | | | | | | | | | | | | |
| MORRIS | J | 986 | 34 | 925 | 27 | 897 | 95 | | 17.4 | 82 | 259 | | | | 137 | 25 | 2 | | 28 | 120 | | |
| PENDLETON | O | 800 | 34 | 736 | 30 | 967 | 167- | | 26.8 | 102 | 243 | | | 4 | 181 | 14 | | 1 | 36 | 88 | | |
| PRETZ | M | 800 | 25 | 762 | 13 | 1066 | 266- | | 31.6 | 95 | 289 | | 2 | 6 | 232 | 25 | 1 | | 9 | 5 | 1 | |
| ROSS | D | SCHEDULED OFF | | | | | | | | | | | | | | | | | | | | |
| SCHWOLOW | J | CALLED IN | | | | | | | | | | | | | | | | | | | | |
| SMALLWOOD | R | 800 | 17 | 780 | 3 | 1009 | 209- | | 27.8 | 99 | 270 | | 1 | 10 | 202 | 14 | | | 10 | 20 | | |

*(handwritten annotations: "1 Absent" near BELL; "172 Stops" near LAKEBURG; "Absent Drivers" at bottom)*

Concern Vines and Branches, 2/01/01

One person at the store was unhappy because Luann Hunter was not doing the route and I had only been there once that year.

The "foul" language I used was "darn".

I did no damage to their doors.

No one else on the route asked me to be removed.

Vine and Branches manager was unaware of the complaint from one of their employees.

pleAse Note : MANAgee wishes the
complAint to be Removed from my file

**John's Christian Stores**
**1212 S. Naper Blvd. #105**
**Naperville, IL 60540**

July 18, 2005

UPS
Personnel

Dear Sir or Madam:

Regarding the complaint involving Kathryn Lakeberg dated 2/1/01, we believe there may have been a misunderstanding at the time. We wish the complaint against Ms. Lakeberg to be removed and we also wish to make it understood that we hold no ill will against Ms. Lakeberg or UPS.

Sincerely,

Shelly Traen
Manager

Expanded View of Concern                                                    Page 1 of 2

# UPS Concerns Analysis Tracking System

**Log Out    Summary**                        **Reports    Training**

**Concern Date:** 2/1/01  **Time:** 11:27:32 AM  **Center:** 6014  **Taken By:** Jennifer Mauldin

## Caller Information – Consignee

**Case No:** A02460201012     **Phone:** 630-983-0076
**Account No:**               **Company Name:** VINE AND BRANCHES BOOKSHOP
**First Name:** Margo         **Last Name:** Vlier
**Address:** 1212 South NAPER Boulevard #102
**City:** NAPERVILLE    **State:** IL    **Zip:** 60540

**Code: C1 - Hourly Personnel**

## Situation:

This customer called to express their displeasure with driver, Kathy Lakesburg. She said the driver had been off the route for a while but returned yesterday "with a bang". The customer said she is always rude, uses foul language and does not represent UPS professionally at all. And yesterday, to make things worse, she backed into their double doors, dented them and drove off. Ms. Vlier said she is speaking for the entire community in requesting that she be removed from the route. They do not want her out there. Note: The customer/community insists on having driver, Lou Anne Hunter, back.

## Corporate Action Taken:

Apologized to Customer

| Contact History\Concern Status | Employee | Date | Time | Edit |
|---|---|---|---|---|
| Apologized-promised to investigate\resolve | FARMER, MICHAEL | 2/1/01 | 12:41:07 PM | ☐ |
| called the customer to apologize about the drivers behavior and the accident that occurred yesterday. I personally visited the customer yesterday as well. | | | | |
| Liberty Mutual contacted to assist in resolution | FARMER, MICHAEL | 2/1/01 | 12:41:07 PM | ☐ |
| called the customer to apologize about the drivers behavior and the accident that occurred yesterday. I personally visited the customer yesterday as well. | | | | |
| Division \ Staff Manager notified of concern | FARMER, MICHAEL | 2/1/01 | 12:41:07 PM | ☐ |
| called the customer to apologize about the drivers behavior and the accident that occurred yesterday. I personally visited the customer yesterday as well. | | | | |

## Root Cause of Concern:

Service Provider
  Professionalism / Image
    Rudeness
      Obscene Language / Gestures
        DRIVER IS UNPROFESSIONAL IN HER LANGUAGE .

6/26/03

*Rakeburg*

| Package Data - Tracking Number - Search Criteria | | |
|---|---|---|
| Tracking Number: | 1Z6734694296469540 | |
| Service Level: | GROUND DEL CONF | |
| Revised Delivery Date: | 06/27/03 | |
| Search Results: | | |

Package is Part of a Shipment.

**Customer Information**

| Shipper: | 673469 | Ship To: | | Shipment | |
|---|---|---|---|---|---|
| AVENTIS PHARMACEUTICALS | | DENIS CREMIN | | Service Level: | GROUND |
| 8333 HICKMAN MILLS DR | | 1962 LASALLE AVE | | Total Packages: | 1 |
| KANSAS CITY MO 84132 | | NAPERVILLE IL 60563 | | Pickup Date: | 06/24/03 |
| UNITED STATES | | UNITED STATES | | Billing Type: | PREPAID |

© 2000-2003, United Parcel Service of America, Inc. All Rights Reserved.



(420) SHIP TO POSTAL CODE

(420) 60563

GROUND

1Z 673 469 42 946 9540

KATHY RETRIEVED ████ LABEL. PKG WAS Delivered

http://in....    /0/cics/T7C2PDVP    06/27/2003



# DOCUMENT OF CONVERSATION

On   6/26/03 , the Naperville center audited 38 packages in Kathy Lakeburg's package car.

" 1 " package(s) was found to be unscanned, no record of package can be found after the delivery scan audit.  The package was not recorded in his(her) Diad.  He(she) understands all packages will be keyed into the DIAD.  Any mis-routes or missed packages must be communicated to the Rockford center team prior to arrival back to the center.

I have been retrained in the delivery scan process and  methods and understand the procedures that I will follow.

If this problem continues, further disciplinary action will be taken up to and including termination.

Management Signature:

Employee Signature:

Steward Initials:

Del Scan RPD Document of conversation.mydocuments.word

**AM Prescan Audit Summary — 06/26/03**
**Building: 6039    SLIC: 6014**

Page: 1

| Missed Delivery Scans | | | | |
|---|---|---|---|---|
| User ID | Scanner | Scan Car | Tracking | Scan Time |
| PRSCN0001A | 124 | 100170 | 1Z1X3434034534386875 | 6:52:34 |
| PRSCN0001A | 124 | 651957 | 1Z8734694209469540 | 6:45:44 |
| PRSCN0001A | 124 | 659558 | 1ZAE7326034S624036 | 7:01:55 |

Recchia DELIVER OK
LAKEBURG — error
Rumisher — error

| Missed Delivery Scan Frequency | | | |
|---|---|---|---|
| Car | Scanned Pkgs | No Scans | Frequency |
| 100170 | 71 | 1 | 1/ 71 |
| 111072 | 49 | 0 | 0/ 49 |
| 132774 | 38 | 0 | 0/ 38 |
| 651957 | 38 | 1 | 1/ 38 |
| 652655 | 40 | 0 | 0/ 40 |
| 652803 | 37 | 0 | 0/ 37 |
| 653592 | 33 | 0 | 0/ 33 |
| 655384 | 47 | 0 | 0/ 47 |
| 656498 | 86 | 0 | 0/ 86 |
| 659558 | 45 | 1 | 1/ 45 |
| 661173 | 41 | 0 | 0/ 41 |
| 803045 | 54 | 0 | 0/ 54 |
| 806603 | 7 | 0 | 0/ 7 |
| TOTAL | 586 | 3 | 1/ 195 |

Copyright © 2002, United Parcel Service of America, Inc. All Rights Reserved.

TherE is No Negligence her
Gave LAbel to supervises
Communication to the Rockford team
is the sops job —

Did Recchia
or
Rumshek
get
write
UPS

No Negligence

Scape goate — f So Larry doesnt get in
Trouble — He writes me up

http://www.ncr.ups.com/ie/apps/scancheck/PrescanSum.cfm?Loc=46&SLIC=6014&Date...  06/27/2003

**AM Prescan Audit Summary — 08/06/03**
**Building: 5039   SLIC: 6014**

Page: 1

| Missed Delivery Scans | | | | |
|---|---|---|---|---|
| User ID | Scanner | Scan Car | Tracking | Scan Time |
| PRSCN0001A | 123 | 131401 | 1Z6596584251931187 | 6:02:02 |
| PRSCN0001A | 123 | 651967 | 1ZA2405F0336543737 | 6:06:10 |

→ *Wilgus Lakeburg*

| Missed Delivery Scan Frequency | | | |
|---|---|---|---|
| Car | Scanned Pkgs | No Scans | Frequency |
| 111072 | 26 | 0 | 0/ 26 |
| 115275 | 53 | 0 | 0/ 53 |
| 131401 | 48 | 1 | 1/ 48 |
| 131424 | 53 | 0 | 0/ 53 |
| 132774 | 19 | 0 | 0/ 19 |
| 651967 | 22 | 1 | 1/ 22 |
| 652555 | 25 | 0 | 0/ 25 |
| 652803 | 21 | 0 | 0/ 21 |
| 653592 | 37 | 0 | 0/ 37 |
| 656498 | 23 | 0 | 0/ 23 |
| 659568 | 15 | 0 | 0/ 15 |
| 803045 | 26 | 0 | 0/ 26 |
| 806576 | 20 | 0 | 0/ 20 |
| TOTAL | 388 | 2 | 1/ 194 |

*2 Didwilgus get a write up*

Copyright © 2002, United Parcel Service of America, Inc. All Rights Reserved.

ITT View Package - Movement

*Lahsberg*

**Package Data - Tracking Number - Search Criteria**

Tracking Number:    1ZA2405F0336343737
Service Level:    GROUND
Revised Delivery Date:    08/06/03

Search Results:

| Type | Shipper # | Address/Location | Date | Time | Status |
|------|-----------|------------------|------|------|--------|
| SCAN | | 6039P/ADDISON,IL US | 08/05/03 | 07:08 | OUT FOR DEL |
| SCAN | | 6039 ADDISON,IL US | 08/05/03 | 08:45 | OUT FOR DEL |
| SCAN | | 6039 ADDISON,IL US | 08/05/03 | 01:29 | ARRIVAL SCAN |
| SCAN | | 6059 /CACH,IL US | 08/05/03 | 00:56 | DEPARTURE |
| SCAN | | 6059T/CACH,IL US | 08/04/03 | 20:14 | LOCATION |
| SCAN | | 6059 /CACH,IL US | 08/04/03 | 01:46 | ARRIVAL SCAN |
| SCAN | | 9029 /LA-GRANDE VI CA US | 07/31/03 | 09:56 | DEPARTURE |
| SCAN | | 9029N/LA-GRANDE VI CA US | 07/31/03 | 00:31 | LOCATION |
| SCAN | | 9029 /LA-GRANDE VI CA US | 07/30/03 | 22:00 | ARRIVAL SCAN |
| SCAN | | 9240 /SAN BERNARDI CA US | 07/30/03 | 20:44 | DEPARTURE |
| SCAN | | 9240J/SAN BERNARDI CA US | 07/30/03 | 18:59 | ORIGIN SCAN |
| MANIF | A2405F | /US | 07/30/03 | 10:07 | BILLING INFO |

© 2000-2003, United Parcel Service of America, Inc. All Rights Reserved.

*8/6*
*Signed*
*Boris*

*received*
*by*
*Sebation*

*Waiving*
*Letter*
*8/6/03*