IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KATHRYN M. LAKEBERG, | ) | |
| | ) | |
| Plaintiff, | ) | No. 07CV7095 |
| | ) | |
| v. | ) | Judge Milton I. Shadur |
| | ) | |
| UNITED PARCEL SERVICE, | ) | Magistrate Judge Susan E. Cox |
| | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

TO: Kathryn M. Lakeberg
4909 Cross Street
Downers Grove, IL 60515

    PLEASE TAKE NOTICE that on Monday, April 28, at 9:15 a.m., or as soon thereafter as counsel may be heard, we shall appear before Judge Milton I. Shadur, in Courtroom 2303, at 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached Defendant's Motion To Dismiss Complaint and Memorandum in Support, copies of which is hereby served on you.


Dated: April 22, 2008                                            UNITED PARCEL SERVICE, INC.

                                                                                   By: /s/ Meghan E. Riley
                                                                                           One of Its Attorneys

John A. Klages, ARDC #06196781
Ellen M. Girard, ARDC #06276507
Meghan E. Riley, ARDC #06288548
Quarles & Brady LLP
500 West Madison Street, Suite 3700
Chicago, IL 60661
(312) 715 – 5000
Jk2@quarles.com
egirard@quarles.com
meriley@quarles.com

QBACTIVE\920018.01167\6198010.1

**CERTIFICATE OF SERVICE**

   The undersigned attorney certifies that on April 22, 2008, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

The undersigned also certifies that she served a true and correct copy of the foregoing document upon:

    Kathryn M. Lakeberg
    4909 Cross Street
    Downers Grove, IL 60515

by placing same in the U.S. Mail at 500 West Madison Street, Chicago, Illinois 60661, properly addressed and first class postage prepaid, before 5:00 p.m. on April 22, 2008.

              /s/ Meghan E. Riley

QBACTIVE\920018.01167\6198010.1